MAXIMILIAN TOCH, Individually, etc., Respondent, *v.* LUCAS TOCH et al., Individually, etc., Impleaded, etc., Appellants.

(Argued April 10, 1895; decided April 30, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 16, 1894, which affirmed those portions appealed from of a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Edward C. Stone* and *Treadwell Cleveland* for appellants.

*Louis Wertheimer* and *M. L. Townsend* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

EDWARD H. HAWKE, Appellant, *v.* MADISON G. HAWKE et al., Respondents.

ELIZABETH H. WILSON, Respondent, *v.* EDWARD H. HAWKE, Impleaded, etc., Appellant.

(Argued April 15, 1895; decided April 30, 1895.)

APPEALS from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 19, 1894, which affirmed a judgment establishing certain writings to be the last will and testament of Edward H. Hawke, deceased, entered upon a verdict directed by the court.

*John Foley, J. W. Houghton* and *J. S. L'Amoreaux* for appellant.

*John L. Henning* and *Charles E. Patterson* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.